AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Shawn Pecore

V.

International Precious Minerals Group, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-743 UNA

TO: (Name and address of Defendant)

International Precious Minerals Group, Inc.
160 Greentree Drive, Suite 101
Dover, Delaware

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shawn Pecore
110 Oakridge Drive
Scarborough, ON
M1M 2A4

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      10-24-05

CLERK                                                DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/24/05 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: INTERNATIONAL PRECIOUS MINERALS GROUP, INC C/O NATIONAL REGISTERED AGENTS AT 160 GREENTREE DR. DOVER, DE COPIES THEREOF WERE ACCEPTED BY BEVERLY HOLTINGER (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/24/05
             Date                    *Signature of Server*

GRANVILLE MORRIS
SELECT DOCUMENT SERVICES, INC.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.