IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN PECORE ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. 05CV743 KAJ |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL PRECIOUS ) | |
| MINERALS GROUP, INC ) | |
| ) | MOTION FOR DEFAULT |
| Defendant ) | JUDGMENT AGAINST |
| ) | INTERNATIONAL PRECIOUS |
| ) | MINERALS GROUP, INC. |
| ) | |

Now comes Plaintiff, Shawn Pecore., and requests that the Court grant Judgment by Default against Defendant International Precious Minerals Group, Inc. in this action as Defendant has failed to Answer or otherwise plead in this matter within Rule.

January 25, 2006                           Respectfully Submitted,

_____

**Shawn Pecore (Plaintiff)**

110 Oakridge Drive
Toronto, ON, Canada, M1M 2A4
Phone: (416) 907-1040
Fax: (416) 352-1607

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN PECORE | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION NO. 05CV743 *KAJ* |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL PRECIOUS | ) |
| MINERALS GROUP, INC | ) |
| | ) |
| Defendant | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2006, copies of "Motion for Default Judgment" and "Judgment Entry" was served by first class mail, postage prepaid on the defendant International Precious Minerals Group, Inc., 160 Greentree Drive, Suite 101, Dover, Delaware, 19904.

Executed on: January 25, 2006

Respectfully Submitted,

_____
Shawn Pecore (Plaintiff)
110 Oakridge Drive
Toronto, Ontario, M1M 2A4
Phone: (416) 907-1040
Fax: (416) 352-1607

Sworn before me at the )
City of Toronto, )
in the Province of Ontario, )
this 25th day of January, 2006. )
)
_____ )
A Commissioner for Taking Affidavits, etc.

Silvano A. A. Del Rio
Notary Public for Ontario
My Commission is permanent.