IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN PECORE | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION NO. 05CV743 *KAJ* |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL PRECIOUS | ) |
| MINERALS GROUP, INC | ) |
| | ) JUDGMENT ENTRY |
| Defendant | ) |

This cause was submitted to the Court and heard upon the complaint of plaintiff.

The Court finds that the defendant was properly served and is properly before the Court.

The Court finds that, upon Shawn Pecore's motion for default judgment, defendant International Precious Minerals Group, Inc. is in default of answer, motion or other pleading with respect to plaintiff's complaint and plaintiff's motion for default judgment is therefore granted. By reason of said default, defendant International Precious Minerals Group, Inc. has confessed all allegations of plaintiff's complaint to be true.

ORDER

THE COURT THEREFORE ORDERS, ADJUDGES AND DECREES THE FOLLOWING:

1. Defendant and/or its Transfer Agent(s) shall immediately cause any and all administrative holds and non-stops on the Shares held by plaintiff to be removed. The said Shares are all share certificates of International

Precious Minerals Group, Inc. in the names of Marble Resources Inc. and Cypress River Management Corp..

2. Defendant and/or its Transfer Agent(s) shall immediately cause any and all "Rule 144 legends" to be removed, if any, on the said Shares if a legal opinion is provided by any securities attorney stating that such a legend can be removed and cause to be free trading.

3. That Plaintiff awarded his costs in this matter of $500.00.

Date:_____

_____
Judge