IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAWN PECORE,                    )
                                 )
            Plaintiff,           )      C.A. No. 05-743 (KAJ)
                                 )
v.                               )
                                 )
INTERNATIONAL PRECIOUS           )
MINERALS GROUP, INC.,            )
                                 )
            Defendant.           )

FILED
2006 AUG 28  PM 3: 36
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CLERK'S ENTRY OF DEFAULT

        AND NOW TO WIT THIS 28th day of August 2006, it appearing from the

record that the above named defendant has not answered or otherwise moved with

respect to the complaint, and the plaintiff having requested the entry of a default,

        IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is

hereby entered against the defendant.


                                    _____
                                    DEPUTY CLERK

Wilmington, Delaware