IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN PECORE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-743 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL PRECIOUS | ) | |
| MINERALS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, on October 24, 2005, plaintiff filed his complaint in this action (Docket Item ["D.I."] 1), and

WHEREAS, on October 26, 2005, a return of service was filed showing that service of process had been made upon the registered agent for the defendant (D.I. 2), and

WHEREAS, on January 26, 2006, plaintiff filed a motion for default judgment (D.I. 4; the "Motion"), and

WHEREAS, no response was made by defendant to that motion, and

WHEREAS, on August 28, 2006, default was entered against the defendant,

Now, therefore, IT IS HEREBY ORDERED that the Motion is DENIED without prejudice and plaintiff, if he wishes to further pursue a default judgment, shall file a renewed motion for default judgment and an accompanying affidavit setting forth what efforts, if any, he has made to communicate with corporate officers of the defendant regarding this lawsuit and his motion for default judgment, and further setting

forth the response, if any, made by the defendant to any such communications.

                                                                                 /s/ Kent A. Jordan
                                                                                 UNITED STATES DISTRICT JUDGE

September 20, 2006
Wilmington, Delaware