IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN PECORE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-743-*** |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL PRECIOUS | ) | |
| MINERALS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
FEB 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER

At Wilmington, this **12th** day of **February, 2007**, there having been no activity in the above captioned case since September 20, 2006;

IT IS HEREBY ORDERED that, on or before **February 23, 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES MAGISTRATE JUDGE