IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN PECORE, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-743*** |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL PRECIOUS MINERALS GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington, this 7th day of May, 2007, plaintiff having failed to inform the Court of his intention to pursue this litigation as directed in the Court's order dated February 12, 2007 (D.I. 8);

IT IS HEREBY ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE